**James O. BROOKS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40830.**

Missouri Court of Appeals, Western District.

Dec. 27, 1988.

James O. Brooks, pro se.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, C.J., and BERREY and COVINGTON, JJ.

## ORDER

PER CURIAM:

Appeal from denial of Rule 27.26 motion for postconviction relief.

AFFIRMED. Rule 84.16(b).